UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
EMELINA MERCADO BAIRES, JOSE DANIEL CASTILLO, WALTER EDENILSO ESCALANTE CORADO, JORGE ADOLFO GARCIA HERNANDEZ, CARLOS ARTURO ZETINO MELGAR, ARTURO HERNANDEZ VILLANUEVA, JOSE MARTIN ALVARADO VELASCO, JOSE BELMER ALVARADO VELASCO MARTIR HIREN VILLANUEVA, AN, individually, and on behalf of others similarly situated,

        Plaintiff,

  -against-

H MART BAYSIDE, LLC, H MART COMPANIES, INC., and H MART, INC.
,

        Defendants.
----------------------------------------------------------------x

Case No.: 22-CV-00158-DG-PK

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs EMELINA MERCADO BAIRES, JOSE DANIEL CASTILLO, WALTER EDENILSO ESCALANTE CORADO, JORGE ADOLFO GARCIA HERNANDEZ, CARLOS ARTURO ZETINO MELGAR, ARTURO HERNANDEZ VILLANUEVA, JOSE MARTIN ALVARADO VELASCO, JOSE BELMER ALVARADO VELASCO MARTIR HIREN VILLANUEVA, and WILFREDO MELENDEZ QUINTERO ("Plaintiffs"), and Defendants H MART BAYSIDE, LLC, H MART COMPANIES, INC., and H MART, INC. ("Defendants"), that upon the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiffs' claims in this action shall be dismissed in their

entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release. ███████████████████████████████

███████████████████████████████████████

████████

Respectfully submitted,

Dated: 9/7/22        By: *[signature]*

Daniel Tannenbaum, Esq.
580 Fifth Avenue, Suite 820
New York, New York 10036
(212) 457-1699
tannenbaumesq@gmail.com

ATTORNEY FOR PLAINTIFFS

Dated: 9/7/22        By: *[signature]*

Timothy Domanick, Esq.
Jackson Lewis P.C.
58 South Service Road,
Suite 250,
Melville, NY 11747
(631) 247-4630
timothy.domanick@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: November 22, 2022
Brooklyn, New York